**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY, et al.,            No. C08-2163 EMC

    Plaintiffs,

  v.                                        **ORDER OF RECUSAL**

ALL STAR DOUGHNUTS, et al.,

    Defendants.
_____/

       This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

       IT IS SO ORDERED.

Dated: April 29, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge