1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  2806 Van Ness Avenue
   San Francisco, CA 94109
3  Telephone:  415/674-8600
   Facsimile:  415/674-9900
4
   Attorneys for Plaintiffs
5  PATRICK CONNALLY
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 PATRICK CONNALLY, an individual; and )  CASE NO.  CV 08-02163 PJH
   DISABILITY RIGHTS, ENFORCEMENT, )
12 EDUCATION, SERVICES:HELPING YOU )    **Civil Rights**
   HELP OTHERS, a California public benefit )
13 corporation,                          )  **RETURN OF SERVICE RE DEFENDANTS
                                         )  ALKAR PROPERTIES LLC, a limited
14         Plaintiffs,                   )  liability company; and HO CHAY LY, an
                                         )  individual dba ALL STAR DOUGHNUTS**
15 v.                                    )
                                         )
16 ALL STAR DOUGHNUTS; ALKAR            )
   PROPERTIES LLC, a limited liability   )
17 company; HO CHAY LY and PAUL VAN     )
   LY, individuals dba ALL STAR          )
18 DOUGHNUTS,                            )
                                         )
19         Defendants.                   )
   _____)

20

21

22

23

24

25

26

27

28 RETURN OF SERVICE RE DEFENDANTS ALKAR PROPERTIES LLC, a limited liability company; and HO CHAY LY, an
   individual dba ALL STAR DOUGHNUTS

                                                                                              1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No 415-674-8600   FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>ALL STAR DOUGHNUTS |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al.
Defendant: ALL STAR DOUGHNUTS, et al

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number<br>CV 08 2163 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; FIRST AMENDED COMPLAINT FOR INJUCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ORDER OF RECUSAL; REASSIGNMENT ORDER; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 23, 2008.

3. a. Party served: ALKAR PROPERTIES LLC, a limited liability company
   b. Person served: RODNEY C. CHEW, AGENT FOR SERVICE

4. Address where the party was served: 818 JACKSON STREET
   SUITE 102
   SAN FRANCISCO, CA 94133

5. I served the party:
   b by substituted service. On: Fri., Jun 06, 2008 at: 11:25AM by leaving the copies with or in the presence of:
   ANN LIU, OFFICE MANAGER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALKAR PROPERTIES LLC
   Other: A LIMITED LIABILITY COMPANY

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDY ESQUER
   d The Fee for Service was.
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:  2007-0001009
       (iii) County:  San Francisco

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Jun. 06, 2008

(ANDY ESQUER)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6421204 thofi-fg.137977

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600    FAX. No. 415-674-9900 | Ref. No or File No.:<br>ALL STAR DOUGHNUTS | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: PATRICK CONNALLY, et al.
Defendant: ALL STAR DOUGHNUTS, et al.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2163 EMC |
|---|---|---|---|---|

1. I, ANDY ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ALKAR PROPERTIES LLC, a limited liability company as follows:

2. Documents: Summons In A Civil Case Complaint For Injunctive Relief And Damages; First Amended Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Order Of Recusal; Reassignment Order; Ecf Registration Information Handout; Letter Dated May 23, 2008..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/28/08 | 10:05am | Home | NO ANSWER NO ACTIVITY Attempt made by: DOUG SCHROEDER. Attempt at: 1547 24TH AVENUE SAN FRANCISCO CA 94122. |
| Thu | 05/29/08 | 2:46pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: DOUG SCHROEDER Attempt at: 1547 24TH AVENUE SAN FRANCISCO CA 94122. |
| Sun | 06/01/08 | 7:15am | Home | NO ANSWER. NO ACTIVITY. NO CARS. NO ANSWER AT NEIGHBORING RESIDENCE IN AN ATTEMPT TO VERIFY THE ADDRESS. Attempt made by ANDY ESQUER. Attempt at: 1547 24TH AVENUE SAN FRANCISCO CA 94122. |
| Wed | 06/04/08 | 7:35pm | Home | NO ANSWER. NO CHANGES. Attempt made by: ANDY ESQUER. Attempt at: 1547 24TH AVENUE SAN FRANCISCO CA 94122. |
| Wed | 06/04/08 | 7:35pm | Business | NO ANSWER. NO CHANGES. Attempt made by: ANDY ESQUER. Attempt at: 818 JACKSON STREET SUITE 102 SAN FRANCISCO CA 94133 |
| Fri | 06/06/08 | 11:25am | Business | Substituted Service on: ALKAR PROPERTIES LLC, a limited liability company Business - 818 JACKSON STREET SUITE 102 SAN FRANCISCO, CA. 94133 by Serving: RODNEY C. CHEW, AGENT FOR SERVICE a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: ANN LIU, OFFICE MANAGER. Served by: ANDY ESQUER |

Page Number 1
Date: Fri, Jun. 06, 2008        **AFFIDAVIT OF REASONABLE DILIGENCE**        6421204.fragr-sf 137977

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | Ref. No or File No.:<br>ALL STAR DOUGHNUTS | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff PATRICK CONNALLY, et al. | | |
| Defendant ALL STAR DOUGHNUTS, et al. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time | Dept/Div | Case Number:<br>CV 08 2163 EMC |
|---|---|---|---|---|

SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/06/08 | | | Mailed copy of Documents to: ALKAR PROPERTIES LLC, a limited liability company |

3  Person Executing
   a  ANDY ESQUER
   b  **FIRST LEGAL SUPPORT SERVICES**
      1138 HOWARD ST.
      SAN FRANCISCO, CA 94103
   c  415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. The Fee for service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2007-0001009
      (iii) County:              San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 2

| Attorney or Party without Attorney<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.:<br>ALL STAR DOUGHNUTS |
| Insert name of Court, and Judicial District and Branch Court<br>United States District Court Northern District Of California | |
| Plaintiff: PATRICK CONNALLY, et al. | |
| Defendant: ALL STAR DOUGHNUTS, et al | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2163 EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; FIRST AMENDED COMPLAINT FOR INJUCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ORDER OF RECUSAL; REASSIGNMENT ORDER; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 23, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Jun. 06, 2008
   b. Place of Mailing:         SAN FRANCISCO, CA 94103
   c. Addressed as follows:     ALKAR PROPERTIES LLC, a limited liability company
                                818 JACKSON STREET
                                SUITE 102
                                SAN FRANCISCO, CA 94133

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jun. 06, 2008 in the ordinary course of business

5. Person Serving:                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                        d. The Fee for Service was
   b. FIRST LEGAL SUPPORT SERVICES                        e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Jun. 06, 2008

   Judicial Council Form POS-010           PROOF OF SERVICE           (AARON DANIEL)
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail              6421204.thofr-fg.137977

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414 THE FRANKOVICH GROUP 2806 VAN NESS AVE. SAN FRANCISCO, CA 94109 Telephone No 415-674-8600   FAX No 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref No or File No ALL STAR DOUGHNUTS |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | |
| Plaintiff: PATRICK CONNALLY, et al. | |
| Defendant: ALL STAR DOUGHNUTS, et al. | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 2163 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; FIRST AMENDED COMPLAINT FOR INJUCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ORDER OF RECUSAL; REASSIGNMENT ORDER, ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 23, 2008.

3. a. Party served:            HO CHAY LY, individual dba ALL STAR DOUGHNUTS

4. Address where the party was served:    901 CLEMENT STREET
                                           SAN FRANCISCO, CA  94118

5  I served the party:
   a  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 11:45AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a  as an individual defendant

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG  SCHROEDER                              d  The Fee for Service was:

   First Legal Support Services                    e. I am: (3) registered California process server
   ATTORNEY SERVICES                                    (i)   Independent Contractor
   1138 HOWARD STREET                                   (ii)  Registration No:   190
   San Francisco, CA 94103                              (iii) County:            Marin
   (415) 626-3111, FAX (415) 626-1331

8  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, May  28, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DOUG SCHROEDER)

6422203 thofr-sg.136095