1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5
   Attorneys for Plaintiffs
6  PATRICK CONNALLY
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 PATRICK CONNALLY, an individual; and )   **CASE NO. CV-08-02163-PJH**
   DISABILITY RIGHTS, ENFORCEMENT,    )
12 EDUCATION, SERVICES:HELPING YOU    )   **NOTICE OF CHANGE OF FIRM**
   HELP OTHERS, a California public benefit )  **ADDRESS**
13 corporation,                              )
                                             )
14       Plaintiffs,                         )
                                             )
15 v.                                        )
                                             )
16 ALL STAR DOUGHNUTS; ALKAR               )
   PROPERTIES LLC, a limited liability     )
17 company; HO CHAY LY and PAUL VAN        )
   LY, individuals dba ALL STAR            )
18 DOUGHNUTS,                              )
                                           )
19       Defendants.                       )
   _____)
20
         **TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:**
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

NOTICE OF CHANGE OF FIRM ADDRESS                                            1

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*,
2  has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the
3  following:     **4328 Redwood Hwy, Suite 300**
4                 **San Rafael, California, 94903**
5  The telephone number and fax number remain the same.

7  Dated: August 27, 2008          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

                                    By: _____/S/_____
                                        THOMAS E. FRANKOVICH
                                        Attorneys for Plaintiffs