THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,

Plaintiffs,

v.

ALL STAR DOUGHNUTS; ALKAR PROPERTIES LLC, a limited liability company; HO CHAY LY and PAUL VAN LY, individuals dba ALL STAR DOUGHNUTS,

Defendants.

**CASE NO. CV 08-02163 PJH**

**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON**

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: December 19, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_______/S/____________________
Attorney for PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: December 22, 2008

AARON P. SILBERMAN,
*ATTORNEY AT LAW*

By:________/S/___________________
Attorney for ALKAR PROPERTIES, LLC

///

///

///

///

///

///

///

///

///

///

Dated: December 19, 2008

IILENE M. HOCHSTEIN,
*ATTORNEY AT LAW*

By:___________/S/________________________
Attorney for HO CHAY LY and PAUL VAN LY

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: January 8, 2009, ~~2008~~

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

Ho
Un

<␀><␀><␀><␀><␀>
<␀><␀>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case4:08-cv-02163-PJH Document12 Filed01/08/09 Page8 of 12

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON **CONNALLY V. ALL STAR DOUGHNUTS**
-8-

Case4:08-cv-02163-PJH Document12 Filed01/08/09 Page11 of 12

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON **CONNALLY V. ALL STAR DOUGHNUTS**
-11-

UNITED STATE DISTRICT JUDGE